UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WYNN, et al.,

                        Plaintiffs,

    -against-

UNION LOCAL 237, I.B.T.,

                       Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/19

17 CIVIL 3167 (LGS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2019, Defendant's motion to dismiss is GRANTED.

**Dated:** New York, New York
         March 13, 2019

                                               RUBY J. KRAJICK
                                               Clerk of Court

                           BY:
                                               **Deputy Clerk**